NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

```
              FILED
      CLERK, U.S. DISTRICT COURT

         August 18, 2015

      CENTRAL DISTRICT OF CALIFORNIA
      BY: ___VPC___ DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, <br><br> Plaintiff, <br><br> v. <br><br> GAYATRICHETNA INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 2:15-CV-04702-SJO-JC <br><br> **ORDER** |

### **ORDER**

The Court hereby continues the Order to Show Cause re dismissal and sets a hearing on OSC on Monday, October 26, 2015 @ 8:30 a.m., with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: **August 18, 2015**
_____
*S. James Otero*
_____
HONORABLE S. JAMES OTERO

United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27